UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff, )<br>　　　vs.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>FREDERICK JASON FRANSHAM, et al., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendant. ) | C07-535 JPD<br><br>MINUTE ORDER RESETTING<br>DEADLINES |

　　　　The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

　　　　Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3). The request is GRANTED.

　　　　The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 11, 2007

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 18, 2007

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 25,2 007

　　　　The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to June 25, 2007. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2)). The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than June 25, 2 007, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425. An individual party's

decision on consent is not to be filed electronically or forwarded in any form to the chambers of Judge Donohue.

Dated this 11th of May, 2007

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk